UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA

                              Plaintiff,

        v.

KAYLEE NGUYEN,

                              Defendant.

Case No. CR10-245-TSZ

**DETENTION ORDER**

Offense charged:

        Conspiracy to Distribute Controlled Substances.
        Distribution of Controlled Substances.

Date of Detention Hearing:  June 7, 2011.

        The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

        Defendant is charged with a drug trafficking offense and there is a rebuttable presumption that she be detained.  She has not overcome that presumption.  The government

proferred that defendant has twice threatened or attempted to influence a witness in the case. The defendant is associated with another drug trafficker who has absconded to Mexico. She appears to have a personal relationship with this individual and visited Mexico for several months this year. Her connections to Mexico provide her a foreign country to flee to. Her parents have offered to let her live with them. That residence is not appropriate as law enforcement discovered a pound of drugs defendant's sister's bedroom a few months ago.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of June, 2011.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge